East Allegheny School District, Appellant *v.*
Edward M. Janero, Appellee.

Argued October 5, 1983, before Judges ROGERS,
BARRY, and BARBIERI, sitting as a panel of three.

*G. N. Evashavik*, with him *Michael A. Della Vec-
chia, Evashavik, Capone & Della Vecchia,* for appel-
lant.

*Ronald N. Watzman,* for appellee.

OPINION BY JUDGE ROGERS, November 21, 1983:

East Allegheny School District has appealed from
an order of the Court of Common Pleas of Allegheny
County reversing the decision of the East Allegheny
School Board (Board) that Edward M. Janero, a sec-
ondary school guidance counselor, was properly sus-
pended by the Board and is not entitled to either rein-
statement or back wages.

We affirm the order below on the opinion of Ad-
ministrative Judge NICHOLAS P. PAPADAKOS reported
as *Janero v. East Allegheny School District,* Pa.
D & C.3d (1982).

ORDER

AND Now, this 21st day of November, 1983, the order of the Court of Common Pleas of Allegheny County in the above-captioned matter is affirmed.